UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JORGE RAMIREZ-SOTO,

    Petitioner,

v.

A. NEIL CLARK, et al.,

    Respondents.

CASE NO. C07-731-RSM

ORDER OF DISMISSAL

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's motion for stay of deportation, Dkt. #2, is WITHDRAWN pursuant to petitioner's withdrawal of the motion, Dkt. #9, and is STRICKEN from the Court's calendar. Petitioner's § 2241 petition, Dkt. #1, is DISMISSED as moot.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 29 day of October, 2007.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER
PAGE – 1